DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: Blaine.Welsh@usdoj.gov

DEAN K. DUNSMORE
Environment & Natural Resources Division
U.S. Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907 271 5452
Facsimile: 907 271 5827
Email: dean.dunsmore@usdoj.gov

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONSOLIDATED GOLDEN QUAIL RESOURCES, LTD., BEVERLY WIGGLESWORTH, and JAMES WAYNE COLE,<br><br>    Petitioners,<br><br>  v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, and BUREAU OF LAND MANAGEMENT,<br><br>    Respondents. | Case No. 2:11-CV-01853-PMP-RJJ |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE**

Pursuant to Local Rule 16-1(c)(1), plaintiffs Consolidated Golden Quail Resources, Ltd.,

Beverly Wigglesworth, and James Wayne Cole, and defendants United States of America, United

States Department of the Interior, and the Bureau of Land Management, jointly move for entry of the following order, that:

This action is filed pursuant to and is governed by the Administrative Procedure Act, 5 U.S.C. §§ 701-706, therefore:

    1. Within fourteen (14) days defendants shall file with the Court in non-electronic form one copy of the administrative record for the decision in *Consolidated Golden Quail Resources, Ltd., et al.*, (IBLA 2010-47), 179 IBLA 309, 2010 WL 4226885 (I.B.L.A.)(July 19, 2010),

    2. Within sixty (60) days of the filing of the administrative record, plaintiffs shall file their principle brief, in the form of a motion for summary judgment,

    3. Within sixty (60) days of the filing of plaintiffs' brief, defendants shall file a brief in opposition which will be deemed a cross-motion for summary judgment, and

    4. Plaintiffs may file a reply to defendants' opposition no later thirty (30) days after service of defendants' opposition.

In support of the above motion, plaintiffs and defendants show:

1. Plaintiffs in this action seek judicial review of the decision in *Consolidated Golden Quail Resources, Ltd., et al.*, (IBLA 2010-47), 179 IBLA 309, 2010 WL 4226885 (I.B.L.A.)(July 19, 2010), that three unpatented mining claims owned by the plaintiffs were forfeited by operation of 30 U.S.C. § 28i for failure to pay by September 1, 2009, for assessment year 2010 the annual maintenance fee ($140) required by 30 U.S.C. § 28f for each of the three claims. Plaintiffs and defendants agree that the scope of the Court's review of that decision is governed by 5 U.S.C. §§ 701-706, that no discovery is required in this action, and that it may proceed on a review of the administrative record for the decision in *Consolidated Golden Quail Resources, Ltd., et al.*, (IBLA

2010-47), 179 IBLA 309, 2010 WL 4226885 (I.B.L.A.)(July 19, 2010).

2. Defendants have provided plaintiffs with a copy of the administrative record for the *Consolidated Golden Quail Resources, Ltd., et al.*, (IBLA 2010-47), 179 IBLA 309, 2010 WL 4226885 (I.B.L.A.)(July 19, 2010), decision. Plaintiffs agree that this record is adequate for purposes of this action, and that they do request the addition of any additional documents to that record.

Dated this 19th day of March 2012.

Respectfully submitted,

/s/ Michael H. Singer
MICHAEL H. SINGER
MICHAEL H. SINGER, LTD.

Attorney for Plaintiffs


DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH
Assistant United States Attorney

 /s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Environment & Natural Resources Division
U.S. Department of Justice

Attorneys for Defendants


IT IS SO ORDERED:


_____
UNITED STATES ꟼCJ KVTCVG JUDGE

DATED: March 29, 2012

3