**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CONSOLIDATED GOLDEN QUAIL RESOURCES, LTD.; BEVERLY WIGGLESWORTH; and JAMES WAYNE COLE, | |
| Plaintiffs, | 2:11-cv-01853-PMP-RJJ |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, and BUREAU OF LAND MANAGEMENT, | |
| Defendants. | |

IT IS ORDERED that the parties shall within seven days from the entry of this Order notify in writing the Interior Board of Land Appeals of the Court's Order (Doc. #27) remanding the case for reconsideration by the Interior Board of Land Appeals.

IT IS FURTHER ORDERED that the parties shall within seven days from the entry of this Order provide copies of the docket sheet in this case and the Court's Order (Doc. #27) to the Interior Board of Land Appeals.

DATED:  December 7, 2012

_____
PHILIP M. PRO
United States District Judge